Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CAROLYN LOUISE RAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN LOUISE RAY ) | Case No.: 12-cv-01173-SAB |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that :

1. Plaintiff shall have an extension of time, to and including March 25, 2013, in which to file Plaintiff's Opening Brief;

2. Respondent's responsive brief shall be filed with the court and served on appellant within thirty (30) days after service of the opening brief; and

///

///

///

-1-

3. Appellant's reply brief shall be filed with the court and served on respondent within fifteen (15) days after service of respondent's brief.

IT IS SO ORDERED.

Dated: **February 22, 2013**

UNITED STATES MAGISTRATE JUDGE