# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN LOUISE RAY, | Case No. 1:12-cv-01173-SAB |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME PURSUANT TO THE PARTIES' STIPULATION** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF NO. 18 |
| Defendant. | |

On April 23, 2013, the parties in the above-captioned action submitted a Stipulation and Proposed Order for an Extension of Time. (ECF No. 18.) The parties stipulated to extend Defendant's deadline to file its response to Plaintiff's Opening Brief from April 24, 2013 to June 10, 2013.

The Court's scheduling order states that the parties may stipulate to a single thirty (30) day extension of the deadlines in the scheduling order without Court approval. (ECF No. 7.) However, the parties already used this thirty (30) day extension by stipulating to a thirty (30) day extension of time to file Plaintiff's Opening Brief. (ECF No. 15.)

Nonetheless, the Court will grant the pending request for an extension. **However, the parties are hereby advised that no further extensions of time will be granted unless it is requested by means of noticed motion and a declaration showing good cause.** Accordingly,

1

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Opening Brief shall be filed no later than June 10, 2013.  Plaintiff's reply brief, if any, shall be filed within fifteen (15) days after service of Defendant's response.

IT IS SO ORDERED.

Dated:   **April 23, 2013**

UNITED STATES MAGISTRATE JUDGE